UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NASIM TARIQ                                           CIVIL ACTION NO.

v

CENTRAL PARKING SYSTEMS, INC              JUDGE:
    d/b/a  PLATINUM PARKING                   Magistrate Judge:

## COMPLAINT

### Jurisdiction and venue

1. Jurisdiction is based on 42 USC sec 2000e and 28 USC sec. 1343.  Venue in this district is proper because all acts complained of occurred in this district.

### Right-to-sue letter

2. Plaintiff initiated an EEOC Charge, No. 461-2012-01718 on or about August 1, 2012 and received a Right-to-sue letter dated August 23, 2012.

### Parties

3. Plaintiff, Nasim Tariq, is of Pakistan national origin.  He was hired as a cashier by defendant October 1 or 2, 2012 and fired May 21, 2012.  He worked at its location at 1615 Poydras St, New Orleans, La.

4. Defendant, Central Parking Systems, Inc., owns Platinum Parking, and other parking lots and employs over 15 people.

### Conduct complained of

5. While at 1615 Poydras plaintiff was subjected to co-worker remarks based on his national origin and, to a lesser, extent, by Terry Salvant, one of his managers, who did not correct the offending co-employees.

6. On one occasion, early in his employment, the other manager, Casey Robinson, who hired him, remarked that he did not like "stupid foreigners."

7. When Robinson learned that Mr Tariq had applied for a management position, he

       cut Mr Tariq's hours and wage rate.  This happened in mid-February or March 2012.

8. When Mr Tariq complained to Greg Reaves on May 17, 2012 about these cuts, Mr Robinson told Mr Tariq that he did not like what he had done.

9. Mr Robinson fired Mr Tariq on May 21 for a variety of asserted problems.

10. Plaintiff alleges that he was fired by reason of national origin discrimination.

## Relief sought

11. Plaintiff seeks all legal and equitable relief, back pay, front pay, damages for emotional distress, punitive damages, attorney fees, costs, and trial by jury.

Respectfully submitted,
/s/ J Courtney Wilson 13561
1510 Veterans Blvd
Metairie, La 70005
(T) 504/832-0585
(F) 504/846-2400
Email cwilson@courtlaw.net